Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAN G. HOLMS, INC., a Montana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA BOLTON DESIGN, INC., a Washington Corporation,<br><br>Defendant. | AT LAW AND IN ADMIRALTY<br><br>NO. C08-0842-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO PARTIALLY MODIFY AUGUST 19, 2008 ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE |
| SYLVIA BOLTON DESIGN, INC., a Washington Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ALLAN G. HOLMS and ROBYN HOLMS, individually and as a marital community, and ALLAN G. HOLMS, INC., a dissolved Montana Corporation *in personam;* and the vessel SNOWGOOSE, Official No. 674535, her gear, tackle, appurtenances, equipment, tools and furniture, *in rem,*<br><br>Third Party Defendants. | |

This Court has considered the parties' joint motion to partially modify this Court's August 19, 2008 Order Setting Trial Date and Pretrial Schedule, the

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO PARTIALLY MODIFY AUGUST 19, 2008 ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE - 1

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900

proposed form of Order, and the records and pleadings already on file. It is, therefore,

ORDERED that the joint motion to partially modify this Court's August 19, 2008 Order Setting Trial Date and Pretrial Schedule is GRANTED. It is further

ORDERED that the deadline for filing motions related to discovery shall be changed from October 6, 2008 to October 13, 2008 and the deadline by which the reports of expert witnesses are due shall be changed from September 22, 2008 to November 14, 2008.

DATED this 3rd day of October, 2008.

                              s/ Mary Alice Theiler
                              United States Magistrate Judge

Presented by:

AOKI SAKAMOTO GRANT LLP

By_____
Jeffrey C. Grant, WSBA #11046
Attorneys for Plaintiff and Third Party Defendants

[PROPOSED] ORDER GRANTING JOINT MOTION TO PARTIALLY MODIFY AUGUST 19, 2008 ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE - 2

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900